

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00317-CV

**WHOLE MOBILITY, INC.**,
Appellant

v.

George A. **TALAMAS**, Individually, and George A. Talamas, Inc.,
d/b/a Watchtronics and d/b/a Marglo II,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2024CVH000055D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against appellant, Whole Mobility, Inc.

SIGNED July 30, 2025.

_____
Velia J. Meza, Justice